**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| O'BRIEN'S RESPONSE MANAGEMENT, L.L.C. and NATIONAL RESPONSE CORPORATION,<br><br>　　　Plaintiffs/Counterclaim Defendants,<br>v.<br><br>BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY,<br><br>　　　Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs,<br>v.<br><br>NAVIGATORS INSURANCE COMPANY,<br><br>　　　Third Party Defendant. | Civil Action<br><br>No. 2:19-CV-01418<br><br>Section: J<br><br>Hon. Carl J. Barbier<br><br>Mag. Judge Currault |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come National Response Corporation ("NRC"), O'Brien's Response Management, LLC ("O'Brien's"), Navigators Insurance Company ("Navigators"), and BP Exploration & Production Inc. and BP America Production Company (together, "BP"), who respectfully move for an order dismissing all claims by and between them, with prejudice, upon representing that said claims have been amicably compromised and settled in their entirety.  Each party is to bear its own costs and attorneys' fees.

NRC, O'Brien's, Navigators, and BP respectfully request that the Court enter the enclosed proposed order confirming this Joint Stipulation.

Dated: February 9, 2023

Respectfully Submitted,

| | |
|---|---|
| */s/ Jeremy T. Grabill* | */s/ R. Keith Jarrett* |
| Ivan M. Rodriguez (LA #22574)<br>Gary A. Hemphill (LA #6768)<br>Jeremy T. Grabill (LA #34924)<br>PHELPS DUNBAR LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534<br>Telephone: 504-566-1311<br>Facsimile: 504-568-9130<br>ivan.rodriguez@phelps.com<br>gary.hemphill@phelps.com<br>jeremy.grabill@phelps.com | R. Keith Jarrett (Bar #16984)<br>Devin C. Reid (Bar #32645)<br>LISKOW & LEWIS<br>One Shell Square, Suite 5000<br>701 Poydras Street<br>New Orleans, LA 70139-5099<br>Telephone: (504) 581-7979<br>Facsimile: (504) 556-4108<br><br>-and- |
| Michael J. Lyle (DC #475078)<br>Eric C. Lyttle (DC #482856)<br>David H. Needham (DC #1017372)<br>QUINN EMANUEL LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>mikelyle@quinnemanuel.com<br>ericlyttle@quinnemanuel.com<br>davidneedham@quinnemanuel.com | Matthew T. Regan, P.C.<br>(mregan@kirkland.com)<br>Brenton A. Rogers<br>(brenton.rogers@kirkland.com)<br>Kristopher S. Ritter<br>(kristopher.ritter@kirkland.com)<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000 |
| Attorneys for NATIONAL RESPONSE CORPORATION and O'BRIEN'S RESPONSE MANAGEMENT, LLC | Attorneys for BP AMERICA PRODUCTION COMPANY AND BP EXPLORATION & PRODUCTION INC. |

*/s/ Wilson L. Maloz III*

Wilson L. Maloz III (LA #26396)
Larzelere Picou Wells Simpson Lonero, LLC
Two Lakeway Center – Suite 500
3850 North Causeway Boulevard
Metairie, LA 70002
Telephone: 504-834-6500
Facsimile: 504-834-6565
E-Mail: wmaloz@lpwsl.com

Attorney for NAVIGATORS INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 9, 2023, the foregoing Joint Stipulation of Dismissal was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                */s/ Jeremy T. Grabill*
                Jeremy T. Grabill