UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| O'BRIEN'S RESPONSE MANAGEMENT, L.L.C. and NATIONAL RESPONSE CORPORATION,<br><br>     Plaintiffs/Counterclaim Defendants,<br>v.<br><br>BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY,<br><br>     Defendants/Counterclaim Plaintiffs/Third Party Plaintiffs,<br>v.<br><br>NAVIGATORS INSURANCE COMPANY,<br><br>     Third Party Defendant. | Civil Action<br><br>No. 2:19-CV-01418<br><br>Section: J<br><br>Hon. Carl J. Barbier<br><br>Mag. Judge Currault |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal With Prejudice by National Response Corporation ("NRC"), O'Brien's Response Management, LLC ("O'Brien's"), Navigators Insurance Company ("Navigators"), and BP Exploration & Production Inc. and BP America Production Company (together, "BP"),

IT IS ORDERED that all claims by or against NRC, O'Brien's, Navigators, and BP are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

New Orleans, Louisiana, this _____ day of February 2023.

_____
**UNITED STATES DISTRICT JUDGE**